UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62347-CIV-DIMITROULEAS

JASON HEWETT, on behalf of himself
and others similarly situated,

      Plaintiff,

v.

ABS HEALTHCARE SERVICES, LLC,

      Defendant.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Dismissal (the "Notice") [DE 17], filed herein on June 19, 2023. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 17] is hereby **APPROVED**;
2. The case is **DISMISSED WITHOUT PREJUDICE**; and
3. The Clerk is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 20th day of June, 2023.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record